IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00883-KLM

TRAVIS ROWLAND, and
MELANIE ROWLAND,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion For Medical Examination** [#36][1] (the "First Motion") and Defendant's **Unopposed Motion For Neuropsychological Examination** [#37] (the "Second Motion").

      IT IS HEREBY **ORDERED** that the First Motion [#36] and the Second Motion [#37] are **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that Plaintiff Travis Rowland shall submit to a neuropsychological examination performed by Dr. Suzanne Kenneally, Psy. D., at 6901 South Pierce Street, Suite 386, Littleton, Colorado, on December 2 and 3, 2014 from 8:30 a.m. to 1:00 p.m. on each day.

      IT IS FURTHER **ORDERED** that Plaintiff Travis Rowland shall submit to an independent medical examination performed by Dr. Susan Ladley, M.D., at 605 Bannock Street, Denver, Colorado, on December 4, 2014 at 2:00 p.m.

      Dated:  October 29, 2014

_____

    [1]  "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.